FILED
MAY - 6 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

1:19-cv-00355

To Whom it May Concern, 4-15-2019

On Jan 2, 2019 I wrote the Courts of Bluefield division in regards to Sexual misconduct - P.R.E.A from an officer while I have been in Custody @ F.C.I Mcdowell. It was Case # 1:19-00001. I have had to stop with the paperwork because I hadnt exhausted all my remedies through the B.O.P. I just recently exhausted the remedies and would like to pursue a "Bivens" Claim due to the Nature of what has happened and I cannot get any answers. I have been neglected in so many ways to try to resolve this. I go home in 5 months & I would like to get some answers if I was sexually assaulted while I was unconscious having surgery. Could you please re-send me the Correct paperwork so I can get this resolved. I have attached the Remedies for my records & can you please keep them in my file too.

Respectfully, Dontia C. Lawson
16702-032

U.S. Department of Justice

Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: LAWSON DUSTIN C — 16702-032 — A4 — McDowell
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** ON 11-5-2018 Approximately 9:20pm @ R&D McDowell Just Returning From surgery. I Mentioned to officer Thompson that my throat was sore. officer Thompson Replied "I forgot the guys name who done that to you." "I think his name was steve", Also Replied w/ "I shouldn't of said that, should I?" Insinuating A Penis had been down my throat while unconcious in surgery. After this I filed A P.R.E.A w/ McDowell & Yet have heard Anything Back on BP9. Ive Asked Numerous times if Anyone Could check in to see if this officer Thompson sexually Molested me while unconcious or not? Still No Follow up from this incident.

3-2-2019
DATE

Dustin Lawson
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received
MAR 18 2019
Bureau of Prisons
MARO Regional Counsel

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 971749-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

U.S. Department of Justice

# Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Lawson Dustin C — 16702-032 — B2 — McDowell
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** On 11-15-2018 McDowell WAS on Lockdown. Counselor Lily + Counselor Stocks Received the BP-9 in regards to STAFF Misconduct/Sexual Misconduct. Also on THIS DATE A BP-10 WAS SENT To Mid-Atlantic Region, NOT Knowing Proper Procedure for "Sensitive" Allegations. I Received BP-10 BACK AND Brought this issue up w/ Counselor Lily + Counselor Stocks. But Since this + Said By Counselor Lily "BP-9 Should be en route", STILL No Response + this issue has NoT Been Resolved. This Focuses on 11-05-2018 Approx. 9:20pm in R&D Returning From OAK Hill Hospital After my Surgery. While Alone w/ officer Thompson. I Mentioned to officer "My Throat WAS sore probably from Breathing Tube" officer Thompson Replied "I forgot the guys NAME who done that to you," "I Think his NAME WAS Steve!" "OH I Shouldn'T of Said that". Insinuating A Penis had Been down my throat while unconscious in Surgery. officer Thompson Is the last Person I seen In A White Suit when I WAS out for Surgery. After this WAS Said, I Went To Psychology And Reported P.R.E.A. After the Report on 11-10-2018 officer Thompson Worked my Unit. Sent Message Back To Psychology - Never heard from them Again. It has Been awhile Now + I feel Like Im getting the run Around on this paperwork. Counselors wanting me to fill out Another BP-9. (WHY?) I guess the other WAS Never filed. So Now Im focusing on help from you Region. Respectfully

Jan/17 2019 — DATE

[signature] — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received
JAN 2 1 2019
Bureau of Prisons
MARO Regional Counsel

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 961552-R2

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Dustin C. Lawson #16702-032
Federal Correction Institute McDowell
P.O. Box 1009
Welch, W.V. 24801

CHARLESTON WV 250
03 MAY 2019 PM 3 L

United States District Court Clerk
Elizabeth Kee Federal Building
601 Federal Street, Room 1000
Bluefield, W.V. 24701

24701-303378